UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  19-44580-399 |
| | ) | Chapter 13 |
| **Linda Lee Hultz** | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY TO NEGOTIATE MORTGAGE
LOAN MODIFICATION**

The Debtor(s), **Linda Lee Hultz**, file this Motion for Relief from Automatic Stay to Negotiate Mortgage Loan Modification (the "Motion"), and, in support thereof, would show the Court the following:

1. The Court has jurisdiction of this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. The Debtor(s) seek to conduct negotiations with the Debtor's(s') current mortgage lender, U.S. Bank Trust National Association as trustee for Treehouse Series V Trust (the "Lender"), in an attempt to reach agreement on a modification of the loan secured by the Debtor's(s') residential real estate located at 6443 East Ct, Saint Louis, MO 63116  (the "Loan").

3. The Debtor(s) request that the automatic stay of 11 U.S.C. §362(a) (the "Automatic Stay") be lifted for the limited purpose of allowing Loan modification negotiations with the Lender to take place.

4. Should the Debtor(s) and the Lender reach an agreement on a Loan modification, the Debtor(s) will seek further relief from the Automatic Stay so that the Debtor(s) and the Lender may enter into the Loan modification.  Such relief will be requested on no less than 14 days notice to the Chapter 13 Trustee.

WHEREFORE, premises considered, the Debtor(s) request that the Court grant the relief requested in this Motion and any other such relief to which the Debtor(s) may be entitled.

Respectfully Submitted,
The Law Office of Tracy A. Brown, PC
By: /s/Tracy A. Brown
Tracy A. Brown #47074MO
1034 S. Brentwood Blvd, Suite 725
St. Louis, MO 63117
tbrownfirm@bktab.com
(314) 644-0303
(314) 644-0333 fax
**ATTORNEY FOR DEBTOR**

Rev. 12/2009

# CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on 10/10/22 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, address to those parties listed on the Court's Manual Notice List and listed below on 10/10/22.

                The Law Office of Tracy A. Brown, PC
                By: /s/Tracy A. Brown
                Tracy A. Brown #47074MO
                1034 S. Brentwood Blvd, Suite 725
                St. Louis, MO 63117
                tbrownfirm@bktab.com
                (314) 644-0303
                (314) 644-0333 fax
                **ATTORNEY FOR DEBTOR**

Linda Lee Hultz
6443 East Ct
Saint Louis, MO 63116
Debtor

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Diana S. Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143